# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

VENERANDO AQUINO MARTIN,

Defendant.

Criminal Case No. CR - 25 · 0 0 0 1 4

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Paul Anthony R. Quizon, being duly sworn, depose and states:

**A.    Background of Affiant**

1.    I am a Task Force Officer with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI") and have so been assigned since August 2021. I am currently assigned to the HSI Saipan office. I am a "federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure.

2.    I have successfully completed the HSI Task Force Officer course, which included training relating to alien investigations. In my current position, I am authorized by the Homeland Security Act of 2002 to enforce and investigate violations of the Customs and Immigration laws of the United States ("US"), to include, but not limited to, Title 18 of the United States Code ("U.S.C").

3.    My duties as a Task Force Officer with HSI include the investigation of both criminal and administrative violations of federal laws of Titles 18, 19, 21, and 31, including Title 18 USC § 1546. I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7).

1

4.    I have training and experience regarding immigration-related investigations, including Employment Authorization Documents ("EADs"), visa fraud, and alien overstays.

5.    Based on my training and experience, I know that an EAD allows aliens to lawfully work in the United States. To obtain an EAD, aliens must file Form I-765 (Application for Employment Authorization) with the United States Citizenship and Immigration Services ("USCIS"), either by mail or electronically. These forms can be downloaded from the USCIS website by computers or other electronic devices. Form I-765 may be submitted with other immigration forms, such as Form I-485 (Application to Register Permanent Residence or Adjust Status). Applicants must declare their eligibility category, certify the application under penalty of perjury, and follow instructions provided by USCIS.

6.    One eligibility category, "Registry Applicant Based on Continuous Residence Since January 1, 1972 (C16)," applies to individuals eligible for lawful permanent residence under Section 249 of the Immigration and Nationality Act ("INA"). This category is exclusively for those who entered the U.S. before January 1, 1972, and have maintained continuous residence since then, even if currently without lawful status.

7.    I know that USCIS may issue a temporary EAD to applicants while their eligibility for immigration benefits, such as permanent residency or adjustment of status, is under review. An approved EAD alone does not grant lawful immigration status in the United States.

8.    As a Task Force Officer with HSI, I have led and supervised criminal investigations relating to alien offenses. I have led or supervised enforcement operations including surveillance, undercover meetings, arrest warrants, and search warrants. I am familiar with various schemes to defraud the United States involving visa and immigration benefits, such as providing false information on applications.

2

9.      The information contained in this Affidavit are based on my personal knowledge, as well as information that I have learned, either directly or indirectly, from witnesses, records, and other law enforcement officers and agents.   Additionally, unless otherwise indicated, conversations discussed herein are described in substance and part rather than verbatim.   Likewise, I have not included each and every fact that my investigation has revealed, but rather, have included only those facts necessary to show probable cause.

**B.      Purpose of Affidavit**

10.      I make this affidavit in support of an application for a Criminal Complaint and Arrest Warrant for Venerando Aquino Martin ("MARTIN") because probable cause exists to believe that MARTIN: (1) on or about June 25, 2023, made a false statement on an immigration document, in violation of Title 18 U.S.C. § 1546(a); (2) on or about September 23, 2023, obtained an immigration document by fraud, in violation of Title 18 U.S.C. § 1546(a); and (3) on or about June 18, 2024, obtained an immigration document by fraud, in violation of Title 18 U.S.C. § 1546(a).

**C.      Applicable Law**

11.      Title 18 U.S.C. § 1546(a) – Making a False Statement on Immigration Document: Whoever knowingly makes under oath, or as permitted under penalty of perjury under section 1746 of Title 28, United States Code, knowingly subscribes as true, any false statement with respect to a material fact in any application, affidavit, or other document required by the immigration laws or regulations prescribed thereunder, or knowingly presents any such application, affidavit, or other document which contains any such false statement or which fails to contain any reasonable basis in law or fact[.]

//

3

12.   Title 18 U.S.C. § 1546(a) – Obtaining an Immigration Document by Fraud: Whoever [ ] possesses, obtains, accepts, or receives any [ ] document prescribed by statute or regulation [ ] as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained[.]

**D.   Facts Establishing Probable Cause**

13.   Beginning in or around August 2024, HSI-Saipan investigators received information from independent sources, including the USCIS, relating to suspicious immigration benefit filings. Specifically, approximately two hundred and forty-two (242) immigration benefit applications for Employment Authorization Documents ("EAD") with the same Eligibility Category (C16) were applied for listing the same Saipan mailing address ("TARGET MAILING").

14.   Law enforcement database record checks identified the TARGET MAILING address as belonging to Venerando Martin ("MARTIN"). MARTIN indicated a physical address as "Adobu Drive, Koblerville, Saipan, MP 96950." Record checks further identified MARTIN as a Philippines national who first entered the United States on or about September 10, 2000.

15.   Immigration database checks show MARTIN applied for immigration benefits on or about June 25, 2023, submitting a Form I-765 (Application for Employment Authorization) and a Form I-485 (Application to Register Permanent Residence or Adjust Status) to USCIS by mail, listing the TARGET MAILING address. USCIS issued MARTIN an EAD while MARTIN's Form I-485 filing for permanent residence or adjustment of status was pending. A review of MARTIN's Form I-485 indicated a physical address as "974 Adobu Dr. Koblerville, Saipan, MP 96950" (TARGET PREMISES) and showed MARTIN selected the filing category for

"Continuous residence in the United States since before January 1, 1972 ('Registry')," as illustrated in Figure 1. MARTIN signed the certification under penalty of perjury on the Form I-485, as illustrated in Figure 2.

**1.g. Additional Options**

☐ Diversity Visa program

☒ Continuous residence in the United States since before January 1, 1972 ("Registry")

☐ Individual born in the United States under diplomatic status

☐ Other eligibility

*Figure 1- MARTIN's Form I-485 eligibility selection*



I certify, under penalty of perjury, that all of the information in my application and any document submitted with it were provided or authorized by me, that I reviewed and understand all of the information contained in, and submitted with, my application and that all of this information is complete, true, and correct.

6.a. Applicant's Signature (sign in ink)

6.b. Date of Signature (mm/dd/yyyy)  06-23-2023

*Figure 2- MARTIN's Form I-485 signature*

16.    A review of MARTIN's Form I-765 indicates MARTIN declared a last arrival date into the United States of "September 10, 2000," selected an eligibility category of "C16," and listed the TARGET MAILING address. Immigration records show MARTIN's approved EAD was mailed to the TARGET MAILING address on or about September 23, 2023. Border crossing records and MARTIN's declarations on Forms I-765 and I-485 confirm MARTIN has not been continuously present in the United States since January 1, 1972, as required for "C16" eligibility. I believe MARTIN knowingly provided false statements to defraud USCIS and obtain an immigration benefit, specifically an EAD.

17.    In March 2024, USCIS received concurrent immigration benefit filings listing the TARGET MAILING address. The filings, submitted by an alien referred to as "APPLICANT 1," declared an eligibility category of "C16" on Forms I-485 and I-765. Immigration database checks revealed APPLICANT 1 has been illegally present in the United States since overstaying their authorized visa in 2014. Born in 2003, APPLICANT 1 first entered the United States through Saipan, CNMI, in 2014 and is not eligible for the "C16" category. In June 2024, USCIS mailed APPLICANT 1's EAD to the TARGET MAILING address while APPLICANT 1's Form I-485 filing for permanent residence or adjustment of status was pending. A review of APPLICANT 1's Form I-485 indicated the applicant selected the filing category for "Continuous residence in the United States since before January 1, 1972 ('Registry')," as shown in Figure 3.

**1.g.  Additional Options**

☐ **Diversity Visa program**

☒ **Continuous residence in the United States since before January 1, 1972 ("Registry")**

☐ **Individual born in the United States under diplomatic status**

☐ **Other eligibility** _____

*Figure 3- APPLICANT 1's Form I-485 eligibility selection*

18.    In August 2024, USCIS personnel conducted an administrative interview with APPLICANT 1 in Saipan. APPLICANT 1 stated that APPLICANT 1 paid MARTIN in cash to file Forms I-765, I-485, and other immigration benefit applications. APPLICANT 1 disclosed that MARTIN selected the eligibility category (C16), prepared the applications, and instructed APPLICANT 1 to sign and date them (March 15, 2024) after MARTIN had completed the information. APPLICANT 1 also provided MARTIN with supporting documents, including passport copies, a birth certificate, police clearance, and vaccination records. APPLICANT 1

6

received the EAD from MARTIN after MARTIN had received it at the TARGET MAILING address on or about June 18, 2024.

19.    Immigration benefit applications allow for a "Preparer" to assist an applicant, requiring the Preparer to identify themselves and certify the application under penalty of perjury. A review of APPLICANT 1's Form I-485 and Form I-765 indicates no Preparer was listed.  I believe MARTIN intentionally avoided signing and certifying as a Preparer on APPLICANT 1's Forms to evade identification by immigration officials, namely USCIS.

**E.    Conclusion**

20.    Based on the foregoing, probable cause exists to believe that Venerando Aquino Martin ("MARTIN"):  (1) on or about June 25, 2023, made a false statement on an immigration document, in violation of Title 18 U.S.C. § 1546(a); (2) on or about September 23, 2023, obtained an immigration document by fraud, in violation of Title 18 U.S.C. § 1546(a);  and (3) on or about June 18, 2024, obtained an immigration document by fraud, in violation of Title 18 U.S.C. § 1546(a).

21.    I have shown this affidavit and the accompanying arrest warrant application to Assistant United States Attorney Garth R. Backe and was informed that they are in proper form.

FURTHER AFFIANT SAYETH NAUGHT

Paul Anthony R. Quizon
Task Force Officer
Homeland Security Investigations

7

SUBSCRIBED AND SWORN TO before me on this 15ᵗʰ day of October 2025.

_____

RAMONA V. MANGLONA
Chief Judge
District Court for the Northern Mariana Islands

8